IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Yolanda Castillo, individually and on behalf of all heirs of Jesus Castillo and Dennis Murphy as Personal Representative of the Estate of Jesus Castillo, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| WPX Energy, Inc., et. al., | ) ) | Case No. 4:14-cv-126 |
| Defendants. | ) | |

Before the court are motions for attorneys Robert D. Tomlinson and Ronald L. Walker to appear *pro hac vice* on behalf of Defendant Balon Corporation. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert D. Tomlinson and Ronald L. Walker have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 52 and 53) are **GRANTED**. Attorneys Robert D. Tomlinson and Ronald L. Walker are admitted to practice before this court in the above-entitled action on behalf of Defendant Balon Corporation.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge