**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Yolanda Castillo, individually and on behalf of all heirs of Jesus Castillo and Dennis Murphy as Personal Representative of the Estate of Jesus Castillo, <br><br> Plaintiffs, <br><br> vs. <br><br> WPX Energy, Inc., WPX Energy Williston, LLC, Mobile Data, L.L.C., Balon Corporation, Patrick Neumann, and John Does 1, 2, and 3, <br><br> Defendants. | **ORDER AMENDING CASE CAPTION** <br><br><br><br> Case No. 4:14-cv-126 |

Plaintiff named Southwest Electric, Inc., L & K Electric, LLC, ABC Electric, Inc., and Butler Machinery Company as defendants in their complaint. They subsequently stipulated to the dismissal of their claims against these entities. (Docket Nos. 40, 49, 64, and 67).

On April 28, 2015, the court convened a scheduling conference with the remaining parties. At the close of the conference, plaintiffs requested that the caption in this case be amended. Specifically, they requested that the court correct a scrivener's error (the spelling of Defendant Neumann's last name) and remove Southwest Electric, Inc., L & K Electric, LLC, ABC Electric, Inc., and Butler Machinery Company from the case caption. The court **GRANTS** plaintiffs' request and has amended the caption accordingly.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court